UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JEREMY MILLER,

Plaintiff,

v.

OHM SANKER MANAGEMENT, INC.,

Defendant.

Case No.: 25cv1492-JO (MSB)

**ORDER (1) DISCHARGING ORDER TO SHOW CAUSE; (2) COMPELLING DEFENDANT'S RESPONSE TO PLAINTIFF'S DISCOVERY REQUESTS; AND (3) EXTENDING DISCOVERY DEADLINE**

On September 15, 2026, the Court ordered Defendant's attorney Frank Weiser to show cause why sanctions should not be imposed for his failure to appear on behalf of defendant Ohm Sanker Management, Inc. at a court-ordered telephonic status conference scheduled to take place earlier that day. ECF No. 27. The Court directed Mr. Weiser to file a response to the order to show cause (OSC) no later than September 21, 2026, and scheduled a hearing on the OSC, and a continued status conference, for September 23, 2026. Id.

Mr. Weiser filed a response to the OSC on September 22, 2026, one day after his deadline. See ECF No. 29. He attributed his failure to appear at the status conference to a calendaring error, and to his ongoing health issues. See id. at 2. At the status

conference held on September 23, 2026, Mr. Weiser also attributed his failure to timely respond to Plaintiff's discovery requests to his ongoing health issues.

The Court finds Mr. Weiser's excuses unsatisfactory; nevertheless, as counsel were instructed during the September 23, 2026 status conference, the Court will afford Mr. Weiser a final opportunity to comply with Plaintiff's discovery requests before imposing sanctions. The Court therefore **DISCHARGES** the OSC.

The Court **ORDERS** Mr. Weiser to respond to Plaintiff's outstanding discovery requests, including Interrogatories Set Two and Set Three, and Requests for Production Set Two,[1] by **close of business on September 30, 2026.**[2] Upon completion of these discovery requests, the Court **ORDERS** Mr. Weiser to file a declaration that he has complied with the Court's order compelling his response.

Finally, the Court **ORDERS** that, should Mr. Weiser fail to respond to Plaintiff's discovery requests, he shall personally pay sanctions of $2,500 to Mr. Clefton, in compensation for Plaintiff's fees incurred in pursuing responses to the instant discovery requests. *See Grimes v. City & Cty. of S.F.*, 951 F.2d 236, 241 (9th Cir. 1991) (magistrate judges "may impose prospective sanctions pursuant to Rule 37 where such sanctions are necessary to enforce compliance with a valid discovery order").

**IT IS SO ORDERED.**

Dated: September 23, 2026

Honorable Michael S. Berg
United States Magistrate Judge

[1] Because 30 days have passed since Defendant was served with Plaintiff's August 13, 2026 requests for admission, those requests are deemed admitted. Fed.R.Civ.P. 36(a)(3).

[2] The discovery deadline is extended from September 28, 2026, to September 30, 2026.